

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Matthew J. Maddox*                    *Suite 400*                     DIRECT: 410-209-4940
*Assistant United States Attorney*     *36 S. Charles Street*          MAIN: 410-209-4800
*Matthew.Maddox2@usdoj.gov*            *Baltimore, MD 21201-3119*      FAX: 410-962-0716

January 25, 2016

The Honorable J. Frederick Motz
United States District Court
Edward A. Garmatz United States Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

    Re:    United States v. Donta Betts
             Criminal No. JFM-15-0557

Dear Judge Motz:

    We write to provide Your Honor with a report on the status of the above-captioned case. The defendant remains in state custody pending trial in Baltimore City Circuit Court on unrelated charges. The defendant's January 21, 2016 trial date has been postponed to March 21, 2016.

    The parties propose that the Court set a date for another status report on February 25, 2016, which will allow time for the parties to discuss a potential resolution of this matter short of trial.

    For the Court's convenience the procedural history of the case is summarized as follows:

| | |
|---|---|
| 10/22/2015 | Grand Jury Indictment |
| 10/23/2015 | Initial Appearance and Arraignment |
| 11/23/2015 | Status Report |
| 11/23/2015 | Joint Motion to Exclude Time Pursuant to the Speedy Trial Act |
| 12/02/2015 | Order Granting Motion to Exclude Time Pursuant to the Speedy Trial Act |

                                                    Very truly yours,

Rod J. Rosenstein                                    James Wyda
United States Attorney                               Federal Public Defender

    /s/_____                           /s/_____
Matthew J. Maddox                                    Shari H. Silver
Assistant United States Attorney                     Staff Attorney
Counsel for the United States                        Counsel for the Defendant