FILED: October 31, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6060
(1:15-cr-00557-CCB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DONTA BETTS

      Defendant - Appellant

_____

O R D E R
_____

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Chief Judge Gregory, Judge Duncan, and Judge Agee.

For the Court

/s/ Patricia S. Connor, Clerk