**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

August 27, 2020

MEMORANDUM TO AUSA MATTHEW MADOX

    Re:   *U.S.A. v. Betts*
              <u>Criminal No. CCB-15-557, Civil No. CCB-19-2515</u>

Dear AUSA Maddox:

    By letter received August 13, 2020, Mr. Betts asked for a copy of the Government's response.[1]  Please resend the Government's motion to dismiss or, in the alternative, response in opposition (ECF 93) to Mr. Betts.

    The deadline for Mr. Betts to reply is extended until October 15, 2020.  If Mr. Betts requires more time, he should file another motion.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                      Sincerely yours,

                                      /S/

                                      Catherine C. Blake
                                      United States District Judge

cc: Donta Betts

---

[1] It appears that Mr. Betts received a copy of the Government's motion to dismiss/response in opposition on January 21, 2020, as stated in his request for an extension of time (ECF 94), but perhaps it has been misplaced.